UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: TRINH, TUYEN VI | § Case No. 05-10863-JM-07 |
| LE, THANH THILE | § |
| | § |
| Debtor(s) | § |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Richard M Kipperman, Ch. 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $622,790.00                        Assets Exempt:  $137,790.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $17,039.22           Claims Discharged
                                                      Without Payment:  $308,748.75

Total Expenses of Administration: $33,719.20

---

3) Total gross receipts of $    50,758.42    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       0.00    (see **Exhibit 2**), yielded net receipts of $50,758.42 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $501,886.00 | $656,521.06 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 33,719.20 | 33,719.20 | 33,719.20 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 310,884.58 | 591,004.40 | 239,304.40 | 17,039.22 |
| **TOTAL DISBURSEMENTS** | $812,770.58 | $1,281,244.66 | $273,023.60 | $50,758.42 |

4) This case was originally filed under Chapter 7 on October 06, 2005. The case was pending for 64 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/11/2011          By: /s/Richard M Kipperman, Ch. 7 Trustee
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 100% Stock in Romantic Nails Salon | 1129-000 | 50,000.00 |
| Interest Income | 1270-000 | 758.42 |
| **TOTAL GROSS RECEIPTS** | | **$50,758.42** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo | 4110-000 | N/A | 374,697.21 | 0.00 | 0.00 |
| 2 | WFS FINANCIAL, INC. | 4210-000 | 12,000.00 | 9,407.19 | 0.00 | 0.00 |
| 8 | Daniel Trinh | 4110-000 | N/A | 142,416.66 | 0.00 | 0.00 |
| 35 | Daniel Trunh & Thao Truong Trust | 4110-000 | 130,000.00 | 130,000.00 | 0.00 | 0.00 |
| NOTFILED | ACS | 4110-000 | 359,886.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$501,886.00** | **$656,521.06** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M Kipperman, Ch. 7 Trustee | 2100-000 | N/A | 5,787.64 | 5,787.64 | 5,787.64 |
| Richard M Kipperman, Ch. 7 Trustee | 2200-000 | N/A | 161.25 | 161.25 | 161.25 |
| Richard C. Alter, Esq. | 2410-000 | N/A | 3,330.83 | 3,330.83 | 3,330.83 |
| Richard C. Alter, Esq. | 3210-000 | N/A | 900.00 | 900.00 | 900.00 |
| Sparber Rudolph Annen | 3220-000 | N/A | 595.04 | 595.04 | 595.04 |
| Sparber Rudolph Annen | 3210-000 | N/A | 21,063.67 | 21,063.67 | 21,063.67 |
| R. Dean Johnson, CPA | 3410-000 | N/A | 1,551.00 | 1,551.00 | 1,551.00 |
| R. Dean Johnson, CPA | 3420-000 | N/A | 69.08 | 69.08 | 69.08 |
| Corporate Management, Inc. | 2300-000 | N/A | 36.19 | 36.19 | 36.19 |
| Corporate Management | 2300-000 | N/A | 76.65 | 76.65 | 76.65 |
| Corporate Management | 2300-000 | N/A | 107.70 | 107.70 | 107.70 |
| Corporate Management | 2300-000 | N/A | 40.15 | 40.15 | 40.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 33,719.20 | 33,719.20 | 33,719.20 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Carine Nguyen | 7100-000 | 20,000.00 | 20,000.00 | 20,000.00 | 1,424.06 |
| 4 | Michelle Nguyen | 7100-000 | 9,000.00 | 9,500.00 | 9,500.00 | 676.43 |
| 5 | Natalie Nguyen | 7100-000 | 18,500.00 | 26,000.00 | 18,500.00 | 1,317.26 |
| 6 | Ly Phi Nguyen | 7100-000 | 7,000.00 | 4,250.00 | 4,250.00 | 302.61 |
| 7 | Lieu Tran | 7100-000 | N/A | 3,000.00 | 0.00 | 0.00 |
| 9 | Tam Trinh | 7100-000 | 20,000.00 | 38,000.00 | 20,000.00 | 1,424.06 |
| 10 | Alain & Dawn Q. Nguyen | 7100-000 | 19,160.00 | 22,000.00 | 22,000.00 | 1,566.47 |
| 11 | Daniel Trinh | 7100-000 | N/A | 30,000.00 | 0.00 | 0.00 |
| 12 | Daniel Trunh & Thao Truong Trust | 7100-000 | N/A | 35,000.00 | 0.00 | 0.00 |
| 13 | Thu Thi Nguyen | 7100-000 | N/A | 80,000.00 | 0.00 | 0.00 |
| 14 | Quang Truong | 7100-000 | N/A | 15,000.00 | 0.00 | 0.00 |
| 15 | Jimmy Truong | 7100-000 | N/A | 9,000.00 | 0.00 | 0.00 |
| 16 | Kim Trinh | 7100-000 | N/A | 9,000.00 | 0.00 | 0.00 |
| 17 | David Hung Nguyen & | 7100-000 | N/A | 31,200.00 | 0.00 | 0.00 |
| 18 | Nancy Trinh | 7100-000 | 10,000.00 | 10,000.00 | 10,000.00 | 712.03 |
| 19 | Vivian Luong | 7100-000 | 10,000.00 | 10,000.00 | 10,000.00 | 712.03 |
| 20 | Arrow Financial Services LLC | 7100-000 | N/A | 2,879.29 | 2,879.29 | 205.01 |
| 21 | Kimthu Trinh & Restituto L. Pamelar | 7100-000 | N/A | 4,000.00 | 0.00 | 0.00 |
| 22 | Er Solutions | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 23 | Er Solutions | 7100-000 | N/A | 993.35 | 993.35 | 70.73 |
| 24 | Ann Trinh | 7100-000 | N/A | 86,000.00 | 0.00 | 0.00 |
| 25 | Chase Bank USA, N.A. | 7100-000 | 4,000.00 | 2,655.65 | 2,655.65 | 189.09 |
| 26 | Capital One Bank | 7100-000 | N/A | 725.18 | 725.18 | 51.64 |
| 27 | Capital One Bank | 7100-000 | 1,013.25 | 1,613.72 | 1,613.72 | 114.90 |
| 28 | Capital One Bank | 7100-000 | 1,094.75 | 1,618.06 | 1,618.06 | 115.21 |
| 29 | Capital One Bank | 7100-000 | 1,094.75 | 4,529.95 | 4,529.95 | 322.55 |
| 30 | Capital One Bank | 7100-000 | N/A | 516.66 | 516.66 | 36.79 |
| 31 | Capital One Bank | 7100-000 | N/A | 750.78 | 750.78 | 53.46 |
| 32 | David Hung Nguyen & | 7100-000 | N/A | 15,000.00 | 0.00 | 0.00 |
| 33 | Judy Thuan Nguyen | 7100-000 | 28,000.00 | 30,000.00 | 30,000.00 | 2,136.09 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | Daniel Trinh | 7100-000 | 35,000.00 | 35,000.00 | 35,000.00 | 2,492.11 |
| 36 | Jimmy Truong | 7100-000 | 9,000.00 | 9,000.00 | 9,000.00 | 640.83 |
| 37 | Am Nguyen | 7100-000 | 10,600.00 | 13,500.00 | 13,500.00 | 961.24 |
| 38 | Kim Trinh | 7100-000 | N/A | 9,000.00 | 0.00 | 0.00 |
| 39 | Quang Truong | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 40 | Citibank/CHOICE | 7100-000 | 1,405.09 | 1,444.34 | 1,444.34 | 102.84 |
| 41 | Citibank (South Dakota), N.A. | 7100-000 | 4,533.17 | 4,827.42 | 4,827.42 | 343.73 |
| 42 | Quang Truong | 7100-000 | 15,000.00 | 15,000.00 | 15,000.00 | 1,068.05 |
| NOTFILED | CROSS COUNTRY BANK | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | AFN INC. | 7100-000 | 563.39 | N/A | N/A | 0.00 |
| NOTFILED | PROVIDIAN | 7100-000 | 5,424.57 | N/A | N/A | 0.00 |
| NOTFILED | PHAT TRAN | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | T-MOBILE | 7100-000 | 650.00 | N/A | N/A | 0.00 |
| NOTFILED | PROVIDIAN BANK | 7100-000 | 3,168.95 | N/A | N/A | 0.00 |
| NOTFILED | NGOC LAN TRAN | 7100-000 | 28,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TRACY TRINH | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | MICHELLE NGUYEN | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |
| NOTFILED | DIRECT MERCHANT BANK | 7100-000 | 829.56 | N/A | N/A | 0.00 |
| NOTFILED | KIM LAN HUYNH | 7100-000 | 5,400.00 | N/A | N/A | 0.00 |
| NOTFILED | DIRECT MERCHANT BANK | 7100-000 | 597.10 | N/A | N/A | 0.00 |
| NOTFILED | ASSOCIATE NATIONAL BANK | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | KIMMY JEWELRY | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 310,884.58 | 591,004.40 | 239,304.40 | 17,039.22 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 05-10863-JM-07
**Case Name:** TRINH, TUYEN VI
              LE, THANH THILE
**Period Ending:** 02/11/11

**Trustee:** (007900) Richard M Kipperman, Ch. 7 Trustee
**Filed (f) or Converted (c):** 10/06/05 (f)
**§341(a) Meeting Date:** 11/09/05
**Claims Bar Date:** 12/12/06

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5643 PRINTWOOD WAY, SAN DIEGO<br>    filed abandonment 12/18/07 | 600,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | CHECKING ACCOUNT<br>    BANK OF AMERICA CHECKING ACCT 1747540002<br>    FILED AMENDMENT AND CHANGED FROM $300 TO $150 | 150.00 | 150.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS<br>    FILED AMENDMENT AND CHANGED AMOUNT FROM $650 TO $450.00 | 450.00 | 200.00 | DA | 0.00 | FA |
| 4 | JEWELRY | 280.00 | 0.00 | DA | 0.00 | FA |
| 5 | 1984 DODGE PICK UP<br>    filed abandonment 12/18/07 | 200.00 | 0.00 | OA | 0.00 | FA |
| 6 | 1996 TOYOTA CAMRY<br>    filed abandonment 12/18/07 | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 7 | 1998 MERCEDES ML320<br>    filed abandonment 12/18/07 | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 8 | POSSIBLE WORKER'S COMP CLAIM | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | BANK OF AMERICA CHECKING ACCT<br>    ACCT NUMBER 1747440234 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | BOFA SAVINGS ACCOUNT<br>    ACCT NUMBER 1747540002 | 80.00 | 0.00 | DA | 0.00 | FA |
| 11 | BEDROOM SET | 100.00 | 0.00 | DA | 0.00 | FA |
| 12 | COMPUTERS | 400.00 | 0.00 | DA | 0.00 | FA |
| 13 | REFRIGERATOR | 150.00 | 0.00 | DA | 0.00 | FA |
| 14 | STEREO SYSTEM | 200.00 | 0.00 | DA | 0.00 | FA |
| 15 | TELEVISION | 450.00 | 0.00 | DA | 0.00 | FA |
| 16 | VCR | 30.00 | 0.00 | DA | 0.00 | FA |
| 17 | CLOTHING | 300.00 | 0.00 | DA | 0.00 | FA |
| 18 | 100% Stock in Romantic Nails Salon<br>    sold per order docket #105 | Unknown | Unknown | | 50,000.00 | FA |

Printed: 02/11/2011 12:57 PM    V.12.56

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-10863-JM-07  
**Case Name:** TRINH, TUYEN VI  
            LE, THANH THILE  
**Period Ending:** 02/11/11

**Trustee:** (007900) Richard M Kipperman, Ch. 7 Trustee  
**Filed (f) or Converted (c):** 10/06/05 (f)  
**§341(a) Meeting Date:** 11/09/05  
**Claims Bar Date:** 12/12/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST  (u) | Unknown | N/A | | 758.42 | FA |
| 19 | **Assets** **Totals** (Excluding unknown values) | **$622,790.00** | **$350.00** | | **$50,758.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TDR

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007       **Current Projected Date Of Final Report (TFR):**   July 12, 2010  (Actual)

Printed: 02/11/2011 12:57 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-10863-JM-07  
**Case Name:** TRINH, TUYEN VI  
LE, THANH THILE  
**Taxpayer ID #:** 13-7530588  
**Period Ending:** 02/11/11

**Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-0189164-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/12/06 | {18} | Kieu T. Nguyen | for purchase of Romantic Nails Salon | 1129-000 | 50,000.00 | | 50,000.00 |
| 06/19/06 | | To Account #312018916466 | Transfer to Write Checks | 9999-000 | | 5,000.00 | 45,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 19.94 | | 45,019.94 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 38.25 | | 45,058.19 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 38.28 | | 45,096.47 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 35.82 | | 45,132.29 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0002% | 1270-000 | 39.55 | | 45,171.84 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0002% | 1270-000 | 37.11 | | 45,208.95 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0000% | 1270-000 | 35.90 | | 45,244.85 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 39.65 | | 45,284.50 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 32.99 | | 45,317.49 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 35.37 | | 45,352.86 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 36.58 | | 45,389.44 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 36.61 | | 45,426.05 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 34.27 | | 45,460.32 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 37.85 | | 45,498.17 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 36.69 | | 45,534.86 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 33.17 | | 45,568.03 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 39.12 | | 45,607.15 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 33.00 | | 45,640.15 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 31.77 | | 45,671.92 |
| 01/24/08 | | To Account #312018916466 | TRANSFER TO WRITE CHECKS | 9999-000 | | 23,278.79 | 22,393.13 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 26.58 | | 22,419.71 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4200% | 1270-000 | 7.72 | | 22,427.43 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 6.98 | | 22,434.41 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 4.97 | | 22,439.38 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.92 | | 22,443.30 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.23 | | 22,446.53 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.23 | | 22,449.76 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.02 | | 22,452.78 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.34 | | 22,456.12 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.56 | | 22,458.68 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.84 | | 22,460.52 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.56 | | 22,462.08 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 22,462.99 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 22,463.84 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 22,464.81 |

Subtotals :  $50,743.60   $28,278.79

{} Asset reference(s)

Printed: 02/11/2011 12:57 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-10863-JM-07  
**Case Name:** TRINH, TUYEN VI  
LE, THANH THILE  
**Taxpayer ID #:** 13-7530588  
**Period Ending:** 02/11/11  

**Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** 312-0189164-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 22,465.72 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 22,466.60 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 22,467.57 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 22,468.51 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 22,469.45 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 22,470.36 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.91 | | 22,471.27 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 22,472.21 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.94 | | 22,473.15 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.88 | | 22,474.03 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.85 | | 22,474.88 |
| 03/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.51 | | 22,475.39 |
| 03/16/10 | | Wire out to BNYM account 000018916465 | Wire out to BNYM account 000018916465 | 9999-000 | -22,475.39 | | 0.00 |

|  |  |  |  |
|---|---:|---:|---:|
| **ACCOUNT TOTALS** | 28,278.79 | 28,278.79 | $0.00 |
| Less: Bank Transfers | -22,475.39 | 28,278.79 | |
| **Subtotal** | 50,754.18 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$50,754.18** | **$0.00** | |

{} Asset reference(s)    Printed: 02/11/2011 12:57 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 05-10863-JM-07
**Case Name:** TRINH, TUYEN VI
LE, THANH THILE
**Taxpayer ID #:** 13-7530588
**Period Ending:** 02/11/11

**Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** 312-0189164-66 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/19/06 | | From Account #312018916465 | Transfer to Write Checks | 9999-000 | 5,000.00 | | 5,000.00 |
| 06/19/06 | 101 | Farmers Insurance<br>4238 El Cajon Blvd.<br>San Diego, CA 92105 | Reinstate Policy no. 92051-54-59 re: 5643 Printwood Way, S.D.<br>Stopped on 06/20/06 | 2420-004 | | 1,424.70 | 3,575.30 |
| 06/20/06 | 101 | Farmers Insurance<br>4238 El Cajon Blvd.<br>San Diego, CA 92105 | Reinstate Policy no. 92051-54-59 re: 5643 Printwood Way, S.D.<br>Stopped: check issued on 06/19/06 | 2420-004 | | -1,424.70 | 5,000.00 |
| 07/17/06 | 102 | Richard C. Alter, Esq.<br>The Law Offices of Richard C. Alter<br>707 Broadway, 18th Floor<br>San Diego, CA 92101 | Rents, Atty's fees and costs re: 7608 Linda Vista Rd. Ste 118, S.D. | | | 4,230.83 | 769.17 |
| | | | Apri May June Rents   3,330.83<br>less Security deposit<br>$1469.17 | 2410-000 | | | 769.17 |
| | | | Atty's fees and court   900.00<br>costs | 3210-000 | | | 769.17 |
| 11/30/06 | | Corporate Management | Blanket Bond Disbursement | 2300-000 | | 76.65 | 692.52 |
| 12/03/07 | | Corporate Management | Blanket Bond Disbursement | 2300-000 | | 107.70 | 584.82 |
| 01/24/08 | | From Account #312018916465 | TRANSFER TO WRITE CHECKS | 9999-000 | 23,278.79 | | 23,863.61 |
| 01/24/08 | 103 | Sparber Rudolph Annen<br>701 B Street, Suite 1000<br>San Diego, CA 92101-8109 | | | | 21,658.71 | 2,204.90 |
| | | | 595.04 | 3220-000 | | | 2,204.90 |
| | | | 21,063.67 | 3210-000 | | | 2,204.90 |
| 01/24/08 | 104 | R. Dean Johnson, CPA<br>7801 Mission Center Ct., Ste. 200<br>San Diego, CA 92108 | | | | 1,620.08 | 584.82 |
| | | | 1,551.00 | 3410-000 | | | 584.82 |
| | | | 69.08 | 3420-000 | | | 584.82 |
| 01/13/09 | | Corporate Management | Blanket Bond Disbursement #016025040 | 2300-000 | | 40.15 | 544.67 |
| 01/05/10 | | Corporate Management, Inc. | Blanket Bond Disbursement #016025040 | 2300-000 | | 36.19 | 508.48 |
| 03/16/10 | | Wire out to BNYM account 000018916466 | Wire out to BNYM account 000018916466 | 9999-000 | -508.48 | | 0.00 |
| | | | ACCOUNT TOTALS | | 27,770.31 | 27,770.31 | $0.00 |
| | | | Less: Bank Transfers | | 27,770.31 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **27,770.31** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$27,770.31** | |

{} Asset reference(s)

Printed: 02/11/2011 12:57 PM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-10863-JM-07 | Trustee: | Richard M Kipperman, Ch. 7 Trustee (007900) |
|---|---|---|---|
| Case Name: | TRINH, TUYEN VI | Bank Name: | The Bank of New York Mellon |
|  | LE, THANH THILE | Account: | 9200-00189164-65 - Money Market Account |
| Taxpayer ID #: | 13-7530588 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/11/11 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/16/10 |  | Wire in from JPMorgan Chase Bank, N.A. account 312018916465 | Wire in from JPMorgan Chase Bank, N.A. account 312018916465 | 9999-000 | 22,475.39 |  | 22,475.39 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.49 |  | 22,475.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.92 |  | 22,476.80 |
| 04/30/10 |  | To Account #92000018916466 | transfer funds to pay trustee fees and costs | 9999-000 |  | 5,950.00 | 16,526.80 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.72 |  | 16,527.52 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.68 |  | 16,528.20 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.70 |  | 16,528.90 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.69 |  | 16,529.59 |
| 09/10/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 |  | 16,529.63 |
| 09/10/10 |  | To Account #92000018916466 | Transfer for final distribution | 9999-000 |  | 16,529.63 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 22,479.63 | 22,479.63 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 22,475.39 | 22,479.63 |  |
|  |  |  | **Subtotal** |  | 4.24 | 0.00 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$4.24** | **$0.00** |  |

{} Asset reference(s)                                                                                                                            Printed: 02/11/2011 12:57 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 05-10863-JM-07 | **Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900) |
| **Case Name:** TRINH, TUYEN VI / LE, THANH THILE | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-00189164-66 - Checking Account |
| **Taxpayer ID #:** 13-7530588 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 02/11/11 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312018916466 | Wire in from JPMorgan Chase Bank, N.A. account 312018916466 | 9999-000 | 508.48 | | 508.48 |
| 04/30/10 | | From Account #92000018916465 | transfer funds to pay trustee fees and costs | 9999-000 | 5,950.00 | | 6,458.48 |
| 04/30/10 | 10105 | Richard M Kipperman, Ch. 7 Trustee P.O. BOX 3939 LA MESA, CA 91944-3939 | Trustee fees and expenses | | | 5,948.89 | 509.59 |
| | | | Trustee fees         5,787.64 | 2100-000 | | | 509.59 |
| | | | Trustee expenses       161.25 | 2200-000 | | | 509.59 |
| 09/10/10 | | From Account #92000018916465 | Transfer for final distribution | 9999-000 | 16,529.63 | | 17,039.22 |
| 09/10/10 | 10106 | Carine Nguyen c/o Donald Segretti, Esq. 19800 MacArthur Blvd, #1000 Irvine, CA 92612 | Dividend paid   7.12% on $20,000.00; Claim# 3; NO ACCT. # | 7100-000 | | 1,424.06 | 15,615.16 |
| 09/10/10 | 10107 | Michelle Nguyen c/o Donald Segretti, Esq. 19800 MacArthur Blvd, #1000 Irvine, CA 92612 | Dividend paid   7.12% on $9,500.00; Claim# 4; NO ACCT. # | 7100-000 | | 676.43 | 14,938.73 |
| 09/10/10 | 10108 | Natalie Nguyen c/o Donald Segretti, Esq. 19800 MacArthur Blvd, #1000 Irvine, CA 92612 | Dividend paid   7.12% on $18,500.00; Claim# 5; NO ACCT. # | 7100-000 | | 1,317.26 | 13,621.47 |
| 09/10/10 | 10109 | Ly Phi Nguyen c/o Donald Segretti, Esq. 19800 MacArthur Blvd, #1000 Irvine, CA 92612 | Dividend paid   7.12% on $4,250.00; Claim# 6; NO ACCT. # | 7100-000 | | 302.61 | 13,318.86 |
| 09/10/10 | 10110 | Tam Trinh 223 Reef Court Santa Barbara, CA 93109 | Dividend paid   7.12% on $20,000.00; Claim# 9; NO ACCT. # | 7100-000 | | 1,424.06 | 11,894.80 |
| 09/10/10 | 10111 | Alain & Dawn Q. Nguyen 8265 Roselle Ct. Las Vegas, NV 89129 | Dividend paid   7.12% on $22,000.00; Claim# 10;  NO ACCT. # | 7100-000 | | 1,566.47 | 10,328.33 |
| 09/10/10 | 10112 | Nancy Trinh 4646 Convoy St. #112 San Diego, CA 92111 | Dividend paid   7.12% on $10,000.00; Claim# 18;  NO ACCT. # | 7100-000 | | 712.03 | 9,616.30 |
| 09/10/10 | 10113 | Vivian Luong 4709 E. Bradford Ave Orange, CA 92867 | Dividend paid   7.12% on $10,000.00; Claim# 19;  NO ACCT. # Stopped on 12/17/10 | 7100-004 | | 712.03 | 8,904.27 |
| 09/10/10 | 10114 | Arrow Financial Services LLC c/o Becket and Lee LLP | Dividend paid   7.12% on $2,879.29; Claim# 20; ACCT. #XX5599 | 7100-000 | | 205.01 | 8,699.26 |

Subtotals :     $22,988.11     $14,288.85

{} Asset reference(s)         Printed: 02/11/2011 12:57 PM     V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 05-10863-JM-07
**Case Name:** TRINH, TUYEN VI
LE, THANH THILE
**Taxpayer ID #:** 13-7530588
**Period Ending:** 02/11/11

**Trustee:** Richard M Kipperman, Ch. 7 Trustee (007900)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-00189164-66 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | POB 3001<br>Malvern, PA 19355-0701 | | | | | |
| 09/10/10 | 10115 | Er Solutions<br>P.O. Box 9004<br>Renton, WA 98055 | Dividend paid   7.12% on $993.35; Claim# 23;  ACCT. #32505822 | 7100-000 | | 70.73 | 8,628.53 |
| 09/10/10 | 10116 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA 98121 | Dividend paid   7.12% on $2,655.65; Claim# 25;  ACCT. # XX4475 | 7100-000 | | 189.09 | 8,439.44 |
| 09/10/10 | 10117 | Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Dividend paid   7.12% on $725.18; Claim# 26;  ACCT. #51TDM52346029859 | 7100-000 | | 51.64 | 8,387.80 |
| 09/10/10 | 10118 | Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Dividend paid   7.12% on $1,613.72; Claim# 27;  ACCT. #51TDM51944125366 | 7100-000 | | 114.90 | 8,272.90 |
| 09/10/10 | 10119 | Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Dividend paid   7.12% on $1,618.06; Claim# 28;  ACCT. #51TDM51712637592 | 7100-000 | | 115.21 | 8,157.69 |
| 09/10/10 | 10120 | Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Dividend paid   7.12% on $4,529.95; Claim# 29;  ACCT. #48TDM62186509181 | 7100-000 | | 322.55 | 7,835.14 |
| 09/10/10 | 10121 | Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Dividend paid   7.12% on $516.66; Claim# 30;  ACCT. #41TDM72427098697 | 7100-000 | | 36.79 | 7,798.35 |
| 09/10/10 | 10122 | Capital One Bank<br>c/o Tsys Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | Dividend paid   7.12% on $750.78; Claim# 31;  ACCT. #51TDM52462220845 | 7100-000 | | 53.46 | 7,744.89 |
| 09/10/10 | 10123 | Judy Thuan Nguyen<br>10605 Icemmerton Rd.<br>San Diego, CA 92126 | Dividend paid   7.12% on $30,000.00; Claim# 33;  NO ACCT. # | 7100-000 | | 2,136.09 | 5,608.80 |
| 09/10/10 | 10124 | Daniel Trinh<br>4662 Bannock Ave.<br>San Diego, CA 92117 | Dividend paid   7.12% on $35,000.00; Claim# 34;  NO ACCT. # | 7100-000 | | 2,492.11 | 3,116.69 |
| 09/10/10 | 10125 | Jimmy Truong | Dividend paid   7.12% on $9,000.00; Claim# 36; | 7100-000 | | 640.83 | 2,475.86 |

Subtotals :        $0.00        $6,223.40

{} Asset reference(s)

Printed: 02/11/2011 12:57 PM        V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 05-10863-JM-07 | | Trustee: | Richard M Kipperman, Ch. 7 Trustee (007900) |
|---|---|---|---|---|
| Case Name: | TRINH, TUYEN VI | | Bank Name: | The Bank of New York Mellon |
| | LE, THANH THILE | | Account: | 9200-00189164-66 - Checking Account |
| Taxpayer ID #: | 13-7530588 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 02/11/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | 6915 Linda Vista Rd<br>San Diego, CA 92111 | NO ACCT. # | | | | |
| 09/10/10 | 10126 | Am Nguyen<br>6954 Linda Vista Rd<br>San Diego, CA 92111 | Dividend paid   7.12% on $13,500.00; Claim# 37;  NO ACCT. # | 7100-000 | | 961.24 | 1,514.62 |
| 09/10/10 | 10127 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Dividend paid   7.12% on $1,444.34; Claim# 40; ACCT. #4621201166346887 | 7100-000 | | 102.84 | 1,411.78 |
| 09/10/10 | 10128 | Citibank (South Dakota), N.A.<br>DBA Sears<br>P.O. Box 182149<br>Columbus, OH 43218 | Dividend paid   7.12% on $4,827.42; Claim# 41; ACCT. #5049948114880349 | 7100-000 | | 343.73 | 1,068.05 |
| 09/10/10 | 10129 | Quang Truong<br>6915 Linda Vista Rd.<br>San Diego, CA 92111 | Dividend paid   7.12% on $15,000.00; Claim# 42;  NO ACCT. # | 7100-000 | | 1,068.05 | 0.00 |
| 12/17/10 | 10113 | Vivian Luong<br>4709 E. Bradford Ave<br>Orange, CA 92867 | Dividend paid   7.12% on $10,000.00; Claim# 19;  NO ACCT. #<br>Stopped: check issued on 09/10/10 | 7100-004 | | -712.03 | 712.03 |
| 02/11/11 | 10130 | U.S. Registry | Claim No. 19, Vivian Luong | 7100-000 | | ! 712.03 | 0.00 |
| | | | ACCOUNT TOTALS | | 22,988.11 | 22,988.11 | $0.00 |
| | | | Less: Bank Transfers | | 22,988.11 | 0.00 | |
| | | | Subtotal | | 0.00 | 22,988.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$22,988.11** | |

| Net Receipts : | 50,758.42 |
|---|---|
| Net Estate : | $50,758.42 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 312-0189164-65 | 50,754.18 | 0.00 | 0.00 |
| Checking # 312-0189164-66 | 0.00 | 27,770.31 | 0.00 |
| MMA # 9200-00189164-65 | 4.24 | 0.00 | 0.00 |
| Checking # 9200-00189164-66 | 0.00 | 22,988.11 | 0.00 |
| | $50,758.42 | $50,758.42 | $0.00 |

{} Asset reference(s)         !-Not printed or not transmitted                                        Printed: 02/11/2011 12:57 PM    V.12.56